STATE OF NEW JERSEY v. DAVID CHUMICK.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS CARAGULLA.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD BENDER.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY.

v.

JOSEPH DOBISS.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. CHRIS SCHMID.

Sept. 20, 1979.   Certification to Superior Court, Law Division granted.

JANE DOE v. BRIDGETON HOSPITAL ASSOCIATION.

Sept. 24, 1979.   Petition for certification denied.   (See 168 *N.J.Super.* 593).